# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| OSCAR PEREZ LOPEZ, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. CIV 20-061-RAW |
| VLADIMIR HOLY, R. HANSON, MARK WOODS, and J. RAMOS, | ) |  |
| Defendants. | ) |  |

## OPINION AND ORDER

Plaintiff Oscar Perez Lopez is a pro se federal prisoner and immigration detainee who is incarcerated at Great Plains Correctional Facility ("GPCF") in Hinton, Oklahoma. He brings this action under the authority of 42 U.S.C. § 1983. He is seeking relief for alleged constitutional violations related to his medical problems occurring during his incarceration at GPCF.[1] The defendants are Holy Vladimir, Doctor in Hinton, Oklahoma; Warden R. Hanson in Hinton, Oklahoma; Mark Woods, Doctor in Washington, Mississippi; and Lt. J. Ramos.

Upon review of Plaintiff's complaint, it appears that proper venue does not lie in this district. The majority of the defendants are residents of Caddo County, Oklahoma, and it appears that a substantial part of the events giving rise to Plaintiff's claims occurred in Caddo County, which is within the territorial jurisdiction of the Western District of Oklahoma. Because proper venue does not lie in this district, *see* 28 U.S.C. § 1391(b),

---

[1] Part of the attachments to the complaint is not in English (Dkt. 1 at 10-11).

Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE, pursuant to 28 U.S.C. § 1406(a).

**IT IS SO ORDERED** this 5th day of March 2020.

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma